UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REVIVAL CHIROPRACTIC LLC A/A/O
JAZMINE PADIN AND NATALIE
RIVERA,

      PLAINTIFF,

v.

ALLSTATE INSURANCE COMPANY
AND ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

      DEFENDANT.

_____/

CASE NO.:  6:19-cv-00445-PGB-LRH

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS AMENDED MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, REVIVAL CHIROPRACTIC LLC A/A/O JAZMINE PADIN AND NATALIE RIVERA, by and through the undersigned counsel, hereby gives notice of filing of recent, supplemental case law in support of Plaintiff's Amended Motion for Summary Judgment (D.E. 29), as follows:

1. *Geico Indemnity Co., et al. v. Accident & Injury Clinic, Inc. a/a/o Frank Irizarry, et al.,* 5D19-1409, (Fla. 5th DCA 2019), reh'g denied Feb. 26, 2020 (holding that "if the billed amount *is less 80% of the fee schedule* (**the required amount an insurer must pay**), the insurer may opt to pay the lower billed amount in full"). emph. added.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system, which will send Notice of Electronic Filing to all ECF participants.

*/s/ Alyson M. Laderman*
ALYSON M. LADERMAN, ESQ.
Florida Bar No. 0657980
**BLOODWORTH LAW, PLLC**
801 N. Magnolia Avenue, Suite 216
Orlando, FL 32803
Telephone: (407) 777-8541
Primary: ALaderman@LawyerFightsForYou.com
Secondary: MAcevedo@LawyerFightsforYou.com
*Attorney for Plaintiff*

**LAWRENCE M. KOPELMAN, P.A.**
By:   */s/  Lawrence M. Kopelman*
Lawrence M. Kopelman, Esq.
Florida Bar No. 288845
Email: LMK@kopelblank.com
7900 Peters Road, Suite B-200
Ft. Lauderdale, FL 33324
Telephone: (954) 462-6855
*Attorney for Plaintiff*