UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:19-cv-00445-PGB-LRH

REVIVAL CHIROPRACTIC LLC
A/A/O JAZMINE PADIN AND
NATALIE RIVERA,

        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
AND ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

        Defendants.

_____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, ALLSTATE INSURANCE COMPANY and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY (collectively "Allstate" or "Defendants"), file this Notice of Supplemental Authority to bring to the Court's attention the following recent cases, in support of Defendant's Motion for Summary Judgment [D.E. 28]:

1. *United Auto Ins. Co. v. Skylake Medical Center, Inc. a/a/o Giancarlo Avila*, 27 Fla. L. Weekly. Supp. 856a, FLWSUPP2710AVIL (Fla. 11th Cir. Ct. Nov. 27, 2019) (holding that the language of Fla. Stat. §627.736 does not provide that there is a "floor," or a minimum amount that a provider is entitled to be paid, and only addresses the "ceiling" of what a provider may charge).  *See* Ex. A.

2. *GEICO Indemnity Company, et al v. Accident & Injury Clinic, Inc. a/a/o Frank Irizarry, et al* (consolidated case nos. 5D19-1409, 5D19-1752, 5D19-2302, 5D19-2303, 5D19-2304, 5D19-2306, 5D19-2308, 5D19-2312, 5D19-2314, 5D19-2321, 5D19-2323) (reversing the

circuit court's holding that Fla. Stat. §627.736(5)(a)(5) is a statutory requirement to pay 100% of billed amounts below the fee schedule). *See* Ex. B.

        Respectfully submitted,

**COZEN O'CONNOR**

By:   /s/  Peter J. Valeta, Esq.
      Peter J. Valeta
      Florida Bar No. 327557
      Email: pvaleta@cozen.com
      123 N Upper Wacker Dr. Suite 1800
      Chicago, IL 60606
      Telephone: (312) 474-7895
      Facsimile: (312) 878-2022

      Alexandra J. Schultz, Esq.
      Florida Bar No.: 122100
      Email: aschultz@cozen.com
      One North Clematis Street, Suite 510
      West Palm Beach, FL 33401
      Telephone:    561-515-5250
      Facsimile:    561-515-5230

      *Attorneys for Defendants, Allstate Insurance Company and Allstate Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

        /s/  Alexandra J. Schultz
          Alexandra J. Schultz

**SERVICE LIST**

| | |
|---|---|
| Lawrence M. Kopelman<br>LAWRENCE M. KOPELMAN, P.A.<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-6855<br>Facsimile:(954) 525-4300<br>LMK@kopelblank.com<br>*Attorney for Plaintiff* | Alyson M. Laderman<br>BLOODWORTH LAW, PLLC<br>801 N. Magnolia Avenue, Suite 216<br>Orlando, FL 32803<br>Telephone: (407) 777-8541<br>Facsimile: (407) 955-4654<br>ALaderman@LawyerFightsForYou.com<br>*Attorney for Plaintiff* |