UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REVIVAL CHIROPRACTIC LLC,

    Plaintiff,

v.     Case No:  6:19-cv-445-Orl-40LRH

ALLSTATE INSURANCE COMPANY
and ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendants.
                                    /

**ORDER**

Based on the Court's Order granting Plaintiff's Amended Motion for Summary Judgment and denying Defendants' Motion for Summary Judgment (Doc. 47) and the Court's Order denying Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Notice to Class Members (Doc. 78), it is **ORDERED** as follows:

1. The Clerk is **DIRECTED** to enter the following judgment by separate order:

   - Judgment is hereby entered in favor of Plaintiff Revival Chiropractic and against Defendants Allstate Insurance Company and Allstate Property and Casualty Insurance Company declaring that Defendants violated Florida law as set forth in the Court's Order dated March 5, 2020 (Doc. 47).

   - Judgment is hereby entered in favor of Defendants on the issue of class certification. Plaintiff's claims fail to satisfy the requirements of Rule 23(b)(2) or Rule 23(b)(1)(A) of the Federal Rules of Civil Procedure.

- Defendants must pay Plaintiff's reasonable attorneys' fees pursuant to FLA. STAT. §§ 627.428 and/or 627.736(8), and the Court retains jurisdiction to consider Plaintiff's claims for attorneys' fees and costs in accordance with Rules 54(d)(2) and 54(d)(1) of the Federal Rules of Civil Procedure.

2. Thereafter, the Clerk is **DIRECTED** to close the case. The Court retains jurisdiction to resolve any post-trial motions.

**DONE AND ORDERED** in Orlando, Florida on January 21, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties