UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:19-cv-00445-PGB-LRH

REVIVAL CHIROPRACTIC LLC
A/A/O JAZMINE PADIN AND
NATALIE RIVERA,

       Plaintiffs,

vs.

ALL STATE INSURANCE COMPANY
AND ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

       Defendants.
_____/

## NOTICE OF CROSS APPEAL

NOTICE is hereby given that the Plaintiffs, REVIVAL CHIROPRACTIC LLC A/A/O JAZMINE PADIN and NATALIE RIVERA, appeal to the United States Court of Appeals for the Eleventh Circuit the following Order and Judgments:

1. Court's Order denying Plaintiffs' Motion for Class Certification, Appointment of Class Representative and Class Counsel, and Notice to Class Members [D.E. 78].

2. Final Judgment dated January 22, 2021 to the extent it denies Plaintiffs' Class Certification [D.E. 93].

DATED February 19, 2021.

By: /s/ Lawrence M. Kopelman
Lawrence M. Kopelman, Esq.
Florida Bar No. 288845
**LAWRENCE M. KOPELMAN, P.A.**
7900 Peters Road, Suite B-200
Ft. Lauderdale, FL 33324
Telephone: (954) 462-6855
Email: LMK@kopelblank.com
*Attorney for Plaintiffs*


/s/ Alyson M. Laderman
ALYSON M. LADERMAN, ESQ.
Florida Bar No. 0657980
**BLOODWORTH LAW, PLLC**
801 N. Magnolia Avenue, Suite 216
Orlando, FL 32803
Telephone: (407) 777-8541
Primary: ALaderman@LawyerFightsForYou.com
Secondary: MAcevedo@LawyerFightsforYou.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ *Alyson M. Laderman*
ALYSON M. LADERMAN, ESQ.
Florida Bar No. 0657980
**BLOODWORTH LAW, PLLC**
801 N. Magnolia Avenue, Suite 216
Orlando, FL 32803
Telephone: (407) 777-8541
Primary: ALaderman@LawyerFightsForYou.com
Secondary: MAcevedo@LawyerFightsforYou.com
*Attorney for Plaintiff*

## SERVICE LIST

| | |
|---|---|
| Alexandra J. Schultz | Peter J. Valeta |
| Cozen O'Connor | Cozen O'Connor |
| One North Clematis Street, Suite 510 | 123 N. Upper Wacker Drive, Suite 1800 |
| West Palm Beach, FL 33401 | Chicago, IL 60606 |
| Email: aschultz@cozen.com | Email: pvaleta@cozen.com |
| Phone: 561-515-5250 | Phone: 312-474-7895 |